UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH BAILEY,

        Plaintiff,                        Civil Case No. 14-12002
                                                   Honorable Linda V. Parker

v.

CITY OF ANN ARBOR et al.,

        Defendants.
_____/

## **JUDGMENT**

This matter is on remand from the Sixth Circuit Court of Appeals. Pursuant to the appellate court's decision and this Court's September 26, 2016 decision adopting the Report & Recommendation, Plaintiff's claims are dismissed with prejudice.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE.**

                                                  s/ Linda V. Parker
                                                  LINDA V. PARKER
                                                  U.S. DISTRICT JUDGE

Dated: July 20, 2017

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 20, 2017, by electronic and/or U.S. First Class mail.

                                                  s/ R. Loury
                                                  Case Manager